Hickman *v.* Family Planning Council of Southwestern Pennsylvania, Inc., Appellant.

Submitted November 17, 1975. *Robert X. Medonis*, for appellant; *Martha E. Richards*, and *Brown & Cotton*, for appellee.

736

Appeal quashed.